ACCEPTED
14-14-00726-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 4:19:25 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00726-CR

| | | | |
|---|---|---|---|
| RICHARD ANTHONY SCOTT | X | IN THE COURT OF APPEALS | |
| | X | | |
| | X | | |
| VS. | X | FOR THE STATE OF TEXAS | |
| | X | | |
| | X | | |
| THE STATE OF TEXAS | X | 14TH JUDICIAL DISTRICT | |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 4:19:25 PM
CHRISTOPHER A. PRINE
Clerk

### MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF
### DUE TO EXTRAORDINARY CIRCUMSTANCES

COMES NOW, RICHARD ANTHONY SCOTT, , Appellant, and moves for an extension of ten (10) days in which to file the Appellant's brief, until and including March 19, 2015, and would further show as follows:

A. The deadline for filing the brief in this cause was March 9, 2015;

B. A request is hereby made for an extension of time to file the Appellant's Brief, until and including March 19, 2015;

C. The undersigned attorney, Bob Wicoff, has filed two briefs this week and is extremely busy preparing for a March 27th meeting in Austin of the Texas Forensic Science Commission Hair Microscopy Panel, of which he is a member. Counsel has also been unusually busy with the following appellate matters which have kept him from completing the brief by the current deadline, including, but not limited to, the following:

FEANYICHI UVUKANSI VS. THE STATE OF TEXAS; No. 01-14-00527-CR; Appellant's brief filed March 9, 2015 (capital murder, 56 page brief);

GRISELDA AZA VS. THE STATE OF TEXAS; Nos. 14-14-00241-CR and 14-14-00242-CR; Appellant's brief filed March 11, 2015;

GERARDO TAPIA-LOPEZ VS. THE STATE OF TEXAS; No. 01-14-01016-CR; Appellant's brief due March 20, 2015;

MARCUS BORTLE VS. THE STATE OF TEXAS; No. 01-14-00978-CR; Appellant's brief due March 23, 2015;

JAMIE IBARRA VS. THE STATE OF TEXAS; PD-0206-15; Appellant's PDR due March 25, 2015;

NORMA SANCHEZ VS. THE STATE OF TEXAS; No. 14-14-00780-CR; Appellant's brief due March 27, 2015;

The undersigned also has ongoing administrative duties in his position as chief of the appellate division of the Harris County Public Defender's Office.

D. Three previous extensions have been granted. No further extensions will be requested.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Bob Wicoff
**BOB WICOFF**
1201 Franklin, Thirteenth Floor
Houston Texas 77002
(713) 274-6781
TBA No. 21422700
Bob.wicoff@pdo.hctx.net

**CERTIFICATE OF SERVICE**

A true copy of this motion has been served electronically on the Harris County District Attorney's Office Appellate Division on the 12th day of March, 2015.

/s/  Bob Wicoff_____
**BOB WICOFF**